William J. Arnone, Jr., Esq., SBN 87803
MERRILL, ARNONE & JONES, LLP
3554 Round Barn Boulevard, Suite 303
Santa Rosa, California 95403
Telephone: (707) 528-2882
Facsimile: (707) 528-6015
barnone@majlaw.com

Attorneys for Plaintiff
ROCINANTE WINES & VINEYARDS, LLC

### UNITED STATES DISTRICT COURT,

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ROCINANTE WINES & VINEYARDS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>SUBIO WINES, INC.,<br>JOSEPH WAGNER,<br>STAN MONTEE,<br>ROGER de LUSIGNAN, and<br>DOES 1 through 25, inclusive,<br><br>Defendants.<br>_____/ | CASE NO. C 06 4531 **SI**<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br>**[Fed.R.Civ.P. 41(a)(1)(ii)]** |

Plaintiff Rocinante Wines & Vineyards, LLC, and defendants Subio Wines, Inc., Joseph Wagner, Stan Montee and Roger de Lusignan (the "parties"), stipulate, through their undersigned counsel, as follows:

WHEREAS the parties have agreed upon a settlement of this action, the terms of which have been memorialized in a Mutual Compromise and Release Agreement (hereinafter, "Agreement"), a copy of which is attached hereto as Exhibit A and incorporated herein by this reference; and

WHEREAS, one of the terms of the Agreement is that this action is to be dismissed with prejudice, with each party to bear its own costs and attorneys' fees; and

1
**STIPULATION AND ORDER OF DISMISSAL**

1     WHEREAS, a further term of said Agreement is that the parties agree to remain subject to the jurisdiction of this Court for the purpose of any proceedings to enforce the terms of the Agreement;

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES TO THIS ACTION AS FOLLOWS:

    1.    This action is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

    2.    The parties shall comply with the terms and conditions of the Agreement.

    3.    The parties agree that this Court shall retain personal jurisdiction over each of them for the purpose of adjudicating any action to enforce the Agreement.

Dated: August __, 2006         MERRILL, ARNONE & JONES, LLP

By: _____
    William J. Arnone, Jr.
    Attorneys for Plaintiff
    Rocinante Wines & Vineyards, LLC

Dated: August __, 2006         HOLLAND & KNIGHT, LLP

By: _____
    Charles Coleman
    Attorneys for Defendants
    Subio Wines, Inc, Joseph Wagner,
    Stan Montee and Roger de Lusignan

**IT IS SO ORDERED.**

Dated: _____

    SUSAN ILLSTON
    UNITED STATES DISTRICT JUDGE

2

**STIPULATION AND ORDER OF DISMISSAL**